AO-10 (w)
Rev. 1/2000

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4 , Sec. 101-112)

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

| 1. Person Reporting (Last name, first, middle initial) Cebull, Richard F. | 2. Court or Organization United States District Court | 3. Date of Report 05/17/2001 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U S District Judge – Active | 5. Report Type (check type) X Nomination, Date 05/16/2001 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/2000 to 04/30/2001 |
|---|---|---|

| 7. Chambers or Office Address United States District Court P.O. Box 2386 Great Falls, MT 59403-2386 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Partner | C.S.A. |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 08/31/00 | BCA Parnership, effective 12/31/98. Retired from partnership 12/31/98. Agreement for purchase of interest signed 8/31/00. |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☒ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE<br>NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR<br>[X] NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Cebull, Richard F. | 05/17/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 BROKERAGE ACCOUNT #1 | | | | | EXEMPT | | | | |
| 2 10000 U of MT UNIV REVS HIGHER ED FACS IMPT-D | A | Interest | J | T | " | | | | |
| 3 5000 MONTANA HIGHER ED | A | Interest | | | " | | | | |
| 4 5000 FORSYTH MT PCR | A | Interest | J | T | " | | | | |
| 5 10000 MT DEPT OF TRANS HWY REV REF BK | A | Interest | J | T | " | | | | |
| 6 10000 HELENA MT WTR REV REF SER B | A | Interest | J | T | EXEMPT | | | | |
| 7 5000 DENVER CO CITY & CNTY ARPT REV SER A | A | Interest | J | T | " | | | | |
| 8 10000 MT ST HEALTH FAC RV AUTH RV B/D MBIA SISTERS | A | Interest | J | T | " | | | | |
| 9 5000 MONTANA ST HLTH FACS AUTH REV MISSION RIDGE | A | Interest | J | T | " | | | | |
| 10 10000 MT ST BRD HSG RV AMT SINGLE FAM MTG B/E SER A 2 | A | Interest | J | T | " | | | | |
| 11 5000 MONTANA STATE HLTH FAC AUTH MT DE CTR PROJ B/E | | None | J | T | EXEMPT | | | | |
| 12 2685 BILLINGS MT INDL DEV REV YMCA PROJ REGD | A | Interest | J | T | " | | | | |
| 13 INTEL CORP CS | A | Dividend | K | T | " | | | | |
| 14 OCEAN ENERGY INC. (TEX) CS | A | Dividend | J | T | " | | | | |
| 15 ST MARY LAND & EXPL CS | | None | J | T | " | | | | |
| 16 AIM EQUITY FDS INC MF | B | LTG | J | T | " | | | | |
| 17 ALLIANCE TECH FUND INC MF | B | LTG | K | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 EATON VANCE TAX MGD GROWTH - C | | None | J | T | " | | | | |
| 19 GROWTH FUND AMER INC. | B | Div, LTG | J | T | " | | | | |
| 20 KOPP FDS EMERGING GROWTH FD CL A | | None | J | T | " | | | | |
| 21 PUTNAM TAX EXP INC FD MF | A | Dividend | J | T | " | | | | |
| 22 PUTNAM INTL GROWTH FD CL C | A | Div, LTG | J | T | EXEMPT | | | | |
| 23 GREAT HALL INVT FDS | A | Dividend | J | T | " | | | | |
| 24 LIBERTY FDS TR IV COL TAX EXEMPT | A | Dividend | J | T | " | | | | |
| 25 IRA #1 | B | Dividend | K | T | EXEMPT | | | | |
| 26 GREAT HALL INVT FDS | | | | | " | | | | |
| 27 EL PASO NAT GAS CO CS | | | | | " | | | | |
| 28 BURLINGTON RESOURCES INC CS | | | | | " | | | | |
| 29 MCI WORLDCOM INC CS | | | | | " | | | | |
| 30 FIDELITY ADV STAT OPP-T MF | | | | | " | | | | |
| 31 FRANKLIN US GOV SEC SERIES - A | | | | | " | | | | |
| 32 IRA #2 | D | Div & LTG | L | T | Exempt | | | | |
| 33 FINANCING CORP CPN FICO STRIPS SER 4 | | | | | " | | | | |
| 34 GREAT HALL INVT FDS | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 AIM EQUITY FDS INC AGGRESSIVE GROWTH FD MF | | | | | " | | | | |
| 36 AIM VALUE - A MF | | | | | " | | | | |
| 37 PUTNAM INTL GROWTH FD | | | | | " | | | | |
| 38 FIRST TRUST TARGET 5 JAN 00 | | | | | " | | | | |
| 39 FIRST TRUST TOTAL TARGET JUNE 00 | | | | | " | | | | |
| 40 FIRST TR DART 5 JAN 01 | | | | | " | | | | |
| 41 BROKERAGE ACCT #2 | | | | | EXEMPT | | | | |
| 42 5000 MT WASTEWATER TREATMENT WORKS | A | Interest | J | T | " | | | | |
| 43 FIDELITY ADVISOR SERIES I EQUITY GROWTH | | None | K | T | " | | | | |
| 44 FIDELITY ADVISOR SERIES II GROWTH OPPORTUNITIES | B | LTG | | | " | | | | |
| 45 RECEIVABLE - BCA PARTNERSHIP | D | PRIN & INT | K | T | EXEMPT | | | | |
| 46 CSA PARTNERSHIP | A | Rent | J | U | " | | | | |
| 47 IRA #3 | F | DIV & INT | O | T | EXEMPT | | | | |
| 48 BANK ONE CORP CS | | | | | " | | | | |
| 49 WELLS FARGO & CO CS | | | | | " | | | | |
| 50 HOME DEPOT INC CS | | | | | " | | | | |
| 51 WAL-MART STORES INC CS | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 AMERICAN MUTUAL FUND INC. MF | | | | | EXEMPT | | | | |
| 53 BOND FUND OF AMERICA INC. MF | | | | | " | | | | |
| 54 EURO PACIFIC GROWTH FUND-SBI MF | | | | | " | | | | |
| 55 FUNDAMENTAL INVESTORS INC MF | | | | | " | | | | |
| 56 GOLDMAN SACHS GROWTH & INCOME FUND-CL A MF | | | | | " | | | | |
| 57 GOLDMAN SACHS INTERNATIONAL EQUITY FUND-CL A MF | | | | | EXEMPT | | | | |
| 58 GOLDMAN FSACHS BALANCED FD CL A MF | | | | | " | | | | |
| 59 INVESTMENT CO OF AMERICA MF | | | | | " | | | | |
| 60 NEW PERSPECTIVE FUND INC MF | | | | | " | | | | |
| 61 PUTNAM FUND FOR GROWTH & INCOME-CL A MF | | | | | " | | | | |
| 62 PUTNAM GLOBAL GROWTH FUND INC-CL A MF | | | | | " | | | | |
| 63 PUTNAM HEALTH SCIENCES TRUST CL A MF | | | | | " | | | | |
| 64 PUTNAM INTERNATIONAL NEW OPPORTUNITIES FUND-CL A | | | | | " | | | | |
| 65 PUTNAM INVESTMENT FUNDS CLASSIC EQUITY FUND CL A | | | | | " | | | | |
| 66 PUTNAM INVT FDS RESEARCH FUND MF | | | | | EXEMPT | | | | |
| 67 PUTNAM STRAGIC INCOME FUND CL A | | | | | " | | | | |
| 68 PUTNAM VISTA FUND INC-CL A MF | | | | | " | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS-- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 PUTNAM VOYAGER FUND INC-CL A MF | | | | | " | | | | |
| 70 WASHINGTON MUTUAL INVESTORS FUND INC MF | | | | | " | | | | |
| 71 FORD MOTOR CREDIT CO | | | | | " | | | | |
| 72 COMMONWEALTH EDISON COMPANY | | | | | " | | | | |
| 73 FPL GROUP CAP INC DEBENTURE | | | | | " | | | | |
| 74 JC PENNEY & CO BD | | | | | EXEMPT | | | | |
| 75 GENERAL ELECTRIC CAP CORP MED TERM NTS BD | | | | | " | | | | |
| 76 FLORIDA PWR & LIGHT CO 1ST MTG-IBC-MBIA BD | | | | | " | | | | |
| 77 HERTZ CORP SENIOR NOTES | | | | | " | | | | |
| 78 ARKANSAS POWER & LIGHT CO 1ST MORTGAGE | | | | | " | | | | |
| 79 FORD MOTOR CREDIT CO GLOBAL LANDMARK SECURITIES | | | | | " | | | | |
| 80 VAN KAMPEN AMERICAN CAPITAL TR | | | | | " | | | | |
| 81 FNMA GTD REMIC PASSTHRU TR 1997-69 | | | | | " | | | | |
| 82 TVA PWR BD SER C | | | | | " | | | | |
| 83 INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT | | | | | " | | | | |
| 84 PASSPORT MONEY MARKET | | | | | " | | | | |
| 85 BROKERAGE ACCT #3 | | | | | EXEMPT | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F. | 05/17/2001 |

## VII. Page 6 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 SMALLCAP WORLD FUND MF | B | LTG | J | T | " | | | | |
| 87 NEW WORLD FUND INC NEW | A | Dividend | J | T | " | | | | |
| 88 TSA (501(C)3 | | None | K | T | EXEMPT | | | | |
| 89 KEMPER GENERAL ACCOUNT II | | | | | " | | | | |
| 90 KEMPER TOTAL RETURN | | | | | " | | | | |
| 91 FIRST INTERSTATE BANK CHECKING X | | None | J | T | EXEMPT | | | | |
| 92 FIRST INTERSTATE BANK SAVINGS X | A | Interest | J | T | " | | | | |
| 93 | | | | | | | | | |
| 94 | | | | | | | | | |
| 95 | | | | | | | | | |
| 96 | | | | | | | | | |
| 97 | | | | | | | | | |
| 98 | | | | | | | | | |
| 99 | | | | | | | | | |
| 100 | | | | | | | | | |
| 101 | | | | | | | | | |
| 102 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

# IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date 5/18/01

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544